UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************
BRIDGET S.,

           Plaintiff,

           Civil Action No. 24-1000

   v.

CAROLYN COLVIN[1]
ACTING COMMISSIONER
OF SOCIAL SECURITY,

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

           Defendant.
*******************************

    This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this fourth day of December, 2024 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 12-04-2024

The undersigned hereby consent to the form and entry of the within order.

                        CARLA B. FREEDMAN
                        United States Attorney

By:     /s Kristina Cohn
           Kristina Cohn
           Special Assistant United States Attorney
           Office of Program Litigation, Office 2
           Office of the General Counsel
           Social Security Administration
           6401 Security Boulevard
           Baltimore, MD 21235
           Phone:  212-264-2179
           Email: kristina.cohn@ssa.gov


           OLINSKY LAW GROUP

By:     Howard D. Olinsky
           Attorney for Plaintiff
           250 South Clinton Street
           Suite 210
           Syracuse, NY 13202
           Phone: 315-701-5781
           Email: holinsky@windisability.com